RECEIVED
SEP 12 2012
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Robert Wheeler
P.O. Box 440
Bedford, NY 10506
Telephone: (914) 299-1928
e-mail: bob.wheeler@acm.org



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12

September 12, 2012

Hon. Kevin N. Fox, USMJ
Chambers
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Wheeler et al v. Citigroup et al
Case 1:11-cv-04721-DAB-KNF
<u>Extension of Time to File a Dispositive Motion and
Permission to File Under Seal Without Redaction</u>

Dear Judge Fox:

My wife and I are *pro se* Plaintiffs in the action noted above.

During our last appearance on August 9, 2011 it was ordered that any dispositive motions should be served and filed on or before September 12, 2012.

We are writing to seek two orders from the Court with respect to filing our dispositive motion. The first is to enlarge the time to file a dispositive motion by two days until Friday September 14, 2012. The second request is for the permission to file our dispositive motion under seal without redaction as per Rule 5.2(d).

This is our first request for either action.

Respectfully,

9/12/12
Application Granted.
SO ORDERED
Robert Wheeler
Kevin Nathaniel Fox, USMJ

cc:

Via e-mail bkatz@katzrychik.com
Bennett R. Katz, Esq.
KATZ & RYCHIK P.C.
Attorneys for Defendants
30 Broad Street, 8th Floor
New York, NY 10004