UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT WHEELER and JO-ANNA RODRIGUEZ-  :
WHEELER,
:
                Plaintiffs,
:
    -against-
:
CITIGROUP, ET AL.,
:
                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12
```

ORDER

11 Civ. 4721 (DAB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties were directed to serve and file any dispositive motions on or before September 14, 2012. Neither party complied with the Court's order by filing a motion timely. The parties now seek relief from the filing deadline from the Court, through separate correspondence dated September 17, 2012. Inasmuch as the Court previously enlarged the time for the parties to submit dispositive motions from September 12 to September 14, 2012, their respective requests, for relief from the September 14, 2012 deadline for filing dispositive motions, are denied.

Dated:  New York, New York
         September 18, 2012

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copies to:

Robert Wheeler
Jo-Anna Rodriquez-Wheeler